**Earlie J. DOWDELL, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7031.

United States Court of Appeals, Federal Circuit.

March 4, 2003.

*ORDER*

Earlie J. Dowdell ("Dowdell") has failed to respond to the court order of January

14, 2003 within the time allowed, to show cause why this appeal should not be dismissed as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Dowdell's appeal is hereby dismissed.

(2) Each side shall bear its own costs.